## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02032-PAB

PHILLIP HAHN and
THERESA HAHN,

    Plaintiffs,

v.

IGNITION L.P.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 6] of Judge Philip A. Brimmer entered on August 13, 2013 it is

**ORDERED** that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated at Denver, Colorado this 14th day of August, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler

                Edward P. Butler
                Deputy Clerk